■ In the Matter of LARA H. FRANCIS, Respondent, v MICHAEL M. FRANCIS, Appellant. [934 NYS2d 717]—

The appeal from the order of protection must be dismissed, as no appeal lies from an order entered on the voluntary consent of the appealing party (*see* CPLR 5511; *Matter of Avizbakiyev v Shamilova*, 71 AD3d 880 [2010]; *Matter of Brian R.*, 48 AD3d 576, 577 [2008]; *Matter of Gittens v Chin-On*, 19 AD3d 596 [2005]). In any event, the order of protection has expired by its own terms and, therefore, the appeal is also academic. Further, the issuance of the order of protection did not constitute a permanent and significant stigma which might indirectly affect the appellant's status in potential future proceedings (*see Matter of Nancy C. v Alison C.*, 57 AD3d 986, 986-987 [2008]; *cf. Matter of London v Blazer*, 2 AD3d 860, 860-861 [2003]). Angiolillo, J.P., Dickerson, Lott and Miller, JJ., concur.